UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM H. SAFFO,

          Plaintiff,

   v.

OWENS, TURNER,

          Defendants.

CASE NO. C20-1781 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendants' motion for summary judgment is **GRANTED**;

(3)    Plaintiff's complaint is **DISMISSED with prejudice**;

(4)    Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal; and

\

ORDER - 1

(5) The Clerk shall enter JUDGMENT and close this case.

Dated this 25th day of October, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2